IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JORGE L. NIEBLA,

    Plaintiff,

v.                                    CASE NO. 5:09cv246-RH/AK

DUNAWAY, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation (document 3) and the objections (document 5). I have reviewed *de novo* the issues raised by the objections.

The report and recommendation correctly concludes that the case should be dismissed because the plaintiff has not paid the filing fee and is ineligible to proceed *in forma pauperis* based on the Prison Litigation Reform Act's three-strikes provision. *See* 28 U.S.C. § 1915(g). The report and recommendation concludes further that sanctions should be imposed, but I conclude instead that the case should simply be dismissed, thus consuming as few judicial resources as possible. And Florida Statutes § 944.279(1), cited in the report and

recommendation as one basis for awarding sanctions, authorizes the Department of Corrections to impose sanctions in appropriate circumstances but does not otherwise apply to a federal court addressing a federal claim.

For these reasons,

IT IS ORDERED:

The report and recommendation is ACCEPTED IN PART. The clerk must enter judgment stating, "The case is DISMISSED for failing to pay the filing fee or to qualify to proceed *in forma pauperis*." The clerk must close the file.

SO ORDERED on September 1, 2009.

s/Robert L. Hinkle
United States District Judge
